1  **MUSICK, PEELER & GARRETT LLP**
   624 South Grand Avenue, Suite 2000
2  Los Angeles, California 90017-3383
   Telephone (213) 629-7600
3  Facsimile (213) 624-1376

4  David A. Tartaglio (State Bar No. 117232)
    *d.tartaglio@musickpeeler.com*
5  Chad A. Westfall (State Bar No. 208968)
    *c.westfall@musickpeeler.com*
6
7  Attorneys for Plaintiff/Counter-Defendant
   LANDMARK AMERICAN INSURANCE COMPANY

8  **UNITED STATES DISTRICT COURT**

9  **NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| LANDMARK AMERICAN INSURANCE COMPANY, | Case No. 3:18-cv-05504-CRB |
| Plaintiff, | Honorable Charles R. Breyer |
| vs. | **STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| NAVIGATORS INSURANCE COMPANY, PHILADELPHIA INDEMNITY INSURANCE COMPANY, Does 1 through 20, | ORDER |
| Defendants. | |
| AND RELATED COUNTER-CLAIM AND CROSS-CLAIM | |

**MUSICK, PEELER & GARRETT LLP**

1268965.1

STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

Pursuant to FRCP 41, the parties to this action hereby stipulate and agree to the dismissal of this entire matter with prejudice, each side to bear their own attorneys' fees and costs.

DATED: February 2, 2021                    MUSICK, PEELER & GARRETT LLP

By: ___*/s/ Chad A. Westfall*___
Chad A. Westfall
Attorneys for LANDMARK AMERICAN INSURANCE COMPANY

DATED: February 2, 2021                    GREENAN, PEFFER, SALLANDER & LALLY LLP

By: */s/ Robert L. Sallander, Jr.*
Robert L. Sallander, Jr.
Robert G. Seeds
Counsel for NAVIGATORS INSURANCE COMPANY

DATED: February 2, 2021                    de LUCA LEVINE LLC

By: */s/ Kenneth T. Levine*
Kenneth T. Levine
Andrew Hunt
Counsel for PHILADELPHIA INDEMNITY INSURANCE COMPANY

**SIGNATURE CERTIFICATION**

Pursuant to rule 5-1(i)(3) of the Civil Local Rules of this court, I hereby Certify that the content of this document is acceptable to counsel identified in the signature blocks above and that I have obtained their authorization to affix their electronic signatures to this document.

DATED: February 2, 2021                MUSICK, PEELER & GARRETT LLP


By:     */s/ Chad A. Westfall*
        Chad A. Westfall
        Attorneys for LANDMARK AMERICAN
        INSURANCE COMPANY

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:   February 2, 2021

_____
U.S. District Court Judge